674 A.2d 214

**Charles DiFRANCESCO and Anna M. DiFrancesco, Appellees,**

**v.**

**EXCAM, INC., Joffee's Gun Shop, Inc. and RSR Wholesale Guns Inc., Appellants.**

Supreme Court of Pennsylvania.

Argued Oct. 26, 1995.

Decided March 27, 1996.

Eileen C. McGinley, Michael J. Cawley, Philadelphia, for Excam, Inc.

Howard Richard, Alexander A. DiSanti, Media, for Charles and Anna DiFrancesco.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

## ORDER

PER CURIAM.

Appeal DISMISSED as having been improvidently granted.

MONTEMURO, J., who was sitting by designation, did not participate in the decision of this case.